Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in The U.S. DISTRICT COURT at Seattle, Washington.

July 21, 2004.
BRUCE RIFKIN, Clerk
By _____ Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> KYLE GIANIS, <br> Defendant. | N**CR04 0334C** <br> INDICTMENT <br> 04-CR-00334-INDI |

The Grand Jury charges that:

### COUNT ONE
(Conspiracy - Possession of Ephedrine with Intent to Distribute)

At an exact time unknown, but within the last five years, and continuing until on or about March 12, 2004, at Blaine, Washington, within the Western District of Washington, and elsewhere, KYLE GIANIS did conspire with others known and unknown to possess with intent to distribute ephedrine, a list I chemical, knowing or having reasonable cause to believe that it would be used to manufacture methamphetamine, a Schedule II controlled substance.

All in violation of Title 21 United States Code Sections 841(c) and 846.

### ADDITIONAL ALLEGATIONS

1.   It is further alleged that said conspiracy caused the importation of said ephedrine, with a net weight of approximately fifty (50) kilograms, into the United States from Canada.

1  2. It is further alleged that KYLE GIANIS was the organizer, leader
2  manager or supervisor of said conspiracy.
3
4                                          A TRUE BILL:
5                                          DATED: 7/21/04
6
7                                          _____
                                           FOREPERSON
8
9
10
11 _____ /For JMcK
12 JOHN McKAY
   United States Attorney
13
14 _____
15 SUSAN M. HARRISON
   Assistant United States Attorney
16
17 _____
18 VINCENT T. LOMBARDI
   Assistant United States Attorney
19
20
21
22
23
24
25
26
27
28

INDICTMENT/GIANIS - 2