**DEFENDANT STATUS SHEET** (One for each defendant)

I. **CASE STATUS**

NAME OF DEFENDANT  Kyle Gianis                              USAO# _____

_/ MAGISTRATE'S NO. _____    _/ DOCKET NO. (If Superseding Indictment) CR _____

***

II. **CUSTODIAL STATUS**

HAS DEFENDANT HAD INITIAL APPEARANCE IN THIS CASE?  _/ yes   X/ no
IF YES:
    _/ DEFENDANT HAS BEEN RELEASED ON THE FOLLOWING CONDITIONS: _____
\*\*\*  _/ A DETENTION HEARING HAS BEEN SCHEDULED FOR: _____
    _/ A DETENTION ORDER HAS BEEN ENTERED.
      \*\*\*  _/ TEMPORARY DETENTION
      \*\*\*  _/ PERMANENT DETENTION
        _/ IF THE DEFENDANT HAS HAD INITIAL APPEARANCE IN ANOTHER DISTRICT, THE ABOVE RELEASE ON CONDITIONS OR DETENTION ORDER WAS ENTERED IN THE _____ DISTRICT OF _____ AND THE DEFENDANT'S FIRST APPEARANCE IN THIS DISTRICT IS EXPECTED TO BE/HAS BEEN SET FOR _____.
        (Date)

_/ DEFENDANT IS IN CUSTODY ON OTHER CHARGES:
    _/ SERVING A FEDERAL SENTENCE AT _____
    _/ PENDING FEDERAL CHARGES IN THE _____ DISTRICT OF _____
    _/ PENDING STATE CHARGES AT _____

III. **ARRAIGNMENT**

X/ WARRANT TO ISSUE.   (IF SO, PLEASE COMPLETE REVERSE)

_/ SUMMONS TO BE ISSUED FOR APPEARANCE ON _____ CALENDAR. (DEFENDANT'S ADDRESS REQUIRED.)
      (Date)
    DEFENDANT'S ADDRESS: _____
_/ LETTER TO DEFENSE COUNSEL FOR APPEARANCE ON _____
    DEFENSE ATTORNEY'S NAME: _____
    DEFENSE ATTORNEY'S ADDRESS: _____

04-CR-00334-STMT

IV. **CONDITIONS OF RELEASE**

X/ NOT PREVIOUSLY SET, SHOULD BE:  Detained
    [e.g., P.R.; BAIL (listing conditions); DETENTION]

_/ PREVIOUSLY SET, SHOULD BE:
    _/ CONTINUE CONDITIONS OF RELEASE
    _/ CONTINUE DETENTION
    _/ MODIFIED AS FOLLOWS (state reasons for modifying): _____

HAS THE FPD represented any subject or witness in this case?   X/ Yes   _/ No

THE ESTIMATED TRIAL TIME IS  3  TRIAL DAYS.    7/15/04
          (Date Form filled out)

(Revised June 2000)