Magistrate Judge Benton

```
___ FILED    ___ ENTERED
___ LODGED   ___ RECEIVED

         FEB 0 1 2008
              AT SEATTLE
       CLERK U.S. DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON
   BY                        DEPUTY
```

04-CR-00334-M

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>KYLE GIANIS,<br><br>　　　　Defendant. | NO.　CR04-0334C<br><br>MOTION FOR DETENTION ORDER |

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f)

1. <u>Eligibility of Case</u>. This case is eligible for a detention order because this case involves (check all that apply):

　　___　Crime of violence (18 U.S.C. § 3156)

　　___　Crime of Terrorism (18 U.S.C. § 2332b(g)(5)(B)) with a maximum sentence of ten years or more

　　___　Crime with a maximum sentence of life imprisonment or death

　　_X_　Drug offense with a maximum sentence of ten years or more

　　___　Felony offense and defendant has two prior convictions in the four categories above, or two State convictions that would otherwise fall within these four categories if federal jurisdiction had existed.

　　___　Felony offense involving a minor victim other than a crime of violence

MOTION FOR DETENTION
ORDER/GIANIS - 1
CR04-0334C

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1   ___   Felony offense, other than a crime of violence, involving possession or use of a firearm, destructive device (as those terms are defined in 18 U.S.C. § 921), or any other dangerous weapon

2   ___   Felony offense other than a crime of violence that involves a failure to register as a Sex Offender (18 U.S.C. § 2250)

3   _X_   Serious risk the defendant will flee

4   ___   Serious risk of obstruction of justice, including intimidation of a prospective witness or juror

2.  <u>Reason for Detention</u>. The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

_X_   Defendant's appearance as required

_X_   Safety of any other person and the community

3.  <u>Rebuttable Presumption</u>. The United States will invoke the rebuttable presumption against defendant under § 3142(e). The presumption applies because:

___   Probable cause to believe defendant committed offense within five years of release following conviction for a "qualifying offense" committed while on pretrial release.

_X_   Probable cause to believe defendant committed drug offense with a maximum sentence of ten years or more

___   Probable cause to believe defendant committed a violation of one of the following offenses: 18 U.S.C.§§ 924(c), 956 (conspiracy to murder or kidnap), 2332b (act of terrorism), 2332b(g)(5)(B) (crime of terrorism)

___   Probable cause to believe defendant committed an offense involving a victim under the age of 18 under 18 U.S.C. §§ 1591, 2241, 2242, 2244(a)(1), 2245, 2251, 2251A, 2252(a)(1) through 2252(a)(3), 2252A(a)(1) through 2252A(a)(4), 2260, 2421, 2422, 2423 or 2425.

//
//
//
//
//

MOTION FOR DETENTION
ORDER/GIANIS - 2
CR04-0334C

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

4. <u>Time for Detention Hearing</u>.  The United States requests the Court conduct the detention hearing:

 __   At the initial appearance

 <u>X</u>   After continuance of __3__ days (not more than 3)

5. <u>Other matters</u>

DATED this __1st__ day of __February__, 2008.

              Respectfully submitted,

              JEFFREY C. SULLIVAN
              United States Attorney

              VINCENT T. LOMBARDI
              Assistant United States Attorney

MOTION FOR DETENTION
ORDER/GIANIS - 3
CR04-0334C

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970