# United States District Court
## WESTERN DISTRICT OF WASHINGTON

JUL 22  10 19 AM '04

UNITED STATES OF AMERICA
v.
KYLE GIANIS

**WARRANT FOR ARREST**

WESTERN DISTRICT
OF WASHINGTON
SEATTLE

CASE NUMBER: CR04-334C

To: The United States Marshal
and any Authorized United States Officer

___ FILED    ___ ENTERED
___ LODGED   ___ RECEIVED

FEB 0 1 2008   LK

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                        DEPUTY

YOU ARE HEREBY COMMANDED to arrest _____KYLE GIANIS_____ and bring him or her forthwith to the nearest magistrate to answer a(n) INDICTMENT charging him or her with:

**CONSPIRACY - POSSESSION OF EPHEDRINE WITH INTENT TO DISTRIBUTE**

in violation of Title __21__ United States Code, Section(s) __841( c) and 846__

H. Arent-Zachary
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

/s/ H. Arent-Zachary
Signature of Issuing Officer

July 22, 2004 at Seattle, Washington
Date and Location

[PKS]
Bail fixed at _____ by _____

04-CR-00334-RCPT

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

ICE AGENTS @ JFK AIRPORT - NEW YORK

DATE RECEIVED 7-22-04
DATE OF ARREST 12-29-07

NAME AND TITLE OF ARRESTING OFFICER

SIGNATURE OF ARRESTING OFFICER
/s/ Cheryl K. Strong