THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>KYLE GIANIS,<br><br>    Defendant. | NO.  CR04-334-JCC<br><br>ORDER |

THIS MATTER HAVING COME before the Court upon the application of the defendant in this matter for an order continuing the pretrial motions deadline (Dkt. No. 10), and the court having considered the records and files herein.

THE COURT HAVING FOUND that requiring defendant's counsel to meet the current motions cutoff would deny counsel a reasonable time necessary for effective preparation, taking into consideration the exercise of due diligence, and that continuing the dates for pretrial motions on the ground that the "ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial," as permitted by 18 U.S.C. §§ 3161(h)(8)(A) (B)(ii) and (B)(iv).

ORDER GRANTING MOTION
TO CONTINUE TRIAL DATE
DATE AND PRETRIAL MOTIONS
DEADLINE- 1

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
2100 EXCHANGE BUILDING
821 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 388-0777 • FAX: (206) 388-0780

1  IT IS HEREBY ORDERED that the pretrial motions deadline in this matter is

2  continued **one week** until **March 6, 2008**. Any further extension will require a

3  continuance of the trial date, a motion for which must be accompanied by an appropriate

4  speedy trial waiver from the Defendant.

5  DONE this 29th day of February, 2008.

*[signature]*

THE HONORABLE JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

Kyle Gianis, represented by:
LAW OFFICES OF JOHN HENRY
BROWNE, P.S.
s/ Emma C. Scanlan
JOHN HENRY BROWNE, WSBA #4677
EMMA C. SCANLAN, WSBA # 37835
Attorneys for Weldon Marc Gilbert
821 Second Avenue, Suite 2100
Seattle, Washington 98104
206-388-0777 fax: 206-388-0780
e-mail: johnhenry@jhblawyer.com
escanlan@jhblawyer.com

UNITED STATES ATTORNEY'S OFFICE
s/ Vince Lombardi, via phone approval
WSBA #21967
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: 206-553-4330
Fax: 206-553-4440

ORDER GRANTING MOTION
TO CONTINUE TRIAL DATE
DATE AND PRETRIAL MOTIONS
DEADLINE- 2

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
2100 EXCHANGE BUILDING
821 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX: (206) 388-0780

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

ORDER GRANTING MOTION
TO CONTINUE TRIAL DATE
DATE AND PRETRIAL MOTIONS
DEADLINE- 3

LAW OFFICES OF JOHN HENRY BROWNE, P.S.
2100 EXCHANGE BUILDING
821 SECOND AVENUE
SEATTLE, WASHINGTON  98104
(206) 388-0777 • FAX: (206) 388-0780