The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  CR04-334JCC |
| Plaintiff, | DECLARATION OF VINCENT T. LOMBARDI IN SUPPORT OF MOTION TO CONTINUE AND TO TAKE DEPOSITIONS |
| v. | |
| KYLE GIANIS, | |
| Defendant. | |

VINCENT T. LOMBARDI declares and states as follows:

1. I am the Assistant United States Attorney principally responsible for this matter, and am competent to make this Declaration based on personal knowledge.

2. I was the AUSA assigned to prosecute Adam Tsoukalas (CR04-273JCC) and David Youngberg (CR04-281JCC) in 2004.  I am therefore competent to testify as to the background of that prosecution.  The facts set forth in the background section of the government's motion are true and correct, and are incorporated by this reference.

3. As part of their guilty pleas, both Tsoukalas and Youngberg agreed to cooperate in the government's investigation and prosecution of Kyle Gianis, including testifying against him if necessary.  In return, the government filed reduced charges (by way of information) against both gentlemen, and as a result they received much shorter sentences than they otherwise faced.

DECLARATION OF
VINCENT T. LOMBARDI - 1
(Gianis, CR04-334JCC)

1        4.      Both Tsoukalas and Youngberg have been returned to Canada, and are currently beyond the subpoena power of the United States.

      5.      Based in large part on information provided by Tsoukalas and Youngberg, the United States indicted Kyle Gianis in this matter. It is my understanding that Gianis had traveled from Canada to Mexico. The Mexican government, discovering that there was an arrest warrant for Gianis, determined him to be undesirable and put him on the next flight out of the country. Unfortunately for Mr. Gianis, that flight landed in New York. Gianis was arrested in New York, NY in December of 2007.

      6.      Since Mr. Gianis' appearance in this district, the case agent and I have made numerous attempts to determine whether Tsoukalas and Youngberg are willing to voluntarily appear and testify against Mr. Gianis.

      7.      As to Mr. Youngberg, the case agent and I have each spoken with Mr. Youngberg's father. We have also spoken with Assistant Public Defender Nancy Tenney, who represented Youngberg. To date, we have not spoken directly with Mr. Youngberg himself. It is my understanding, based on those communications, that Mr. Youngberg may be willing to voluntarily appear and testify, although he is less than enthusiastic about the prospect.

      8.      As to Mr. Tsoukalas, the case agent and I have recently been in contact with Mr. Tsoukalas' mother. She was quite hostile to the idea, accusing the United States government of having ruined her son's life. She also indicated that she feared for her son's safety if he testified. We asked her to have her son contact the undersigned. To date, that has not occurred.

      9.      As an aside, there is some reason to believe that witnesses in this case may be subject to intimidation in Canada. Mr. Gianis is well known to law enforcement in British Columbia. His brother has been involved in at least one shooting incident. Mr. Gianis himself has also been involved in a very recent shooting incident, albeit as the "victim." An article from CBC News recounting the incident is

DECLARATION OF
VINCENT T. LOMBARDI - 2
(Gianis, CR04-334JCC)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

attached as Exhibit A.

10. Based in part on those facts, Mr. Gianis is currently detained at the FDC. I know, based on past cases handled by our office, that the U.S. Marshals cannot produce a detainee outside the United States. Accordingly, it will be necessary to conduct the depositions by video conference to permit Mr. Gianis to participate, as outlined in the government's motion. I know that this procedure has been used in past cases handled in this district.

11. I have conferred with Jeffrey Olson, experienced counsel at the Department of Justice's Office of International Affairs. Mr. Olson is assigned to the Canada desk. Mr. Olson informs me that it should take approximately sixty days to fully process a request to compel the depositions in Canada of the two witnesses.

12. On or about March 7, 2008, I spoke with John Henry Browne, Mr. Gianis' retained defense counsel. Mr. Browne informed me that his client's "Canadian lawyer" had been in contact with both Tsoukalas and Youngberg, and that Mr. Gianis was quite confident that neither gentleman would appear to testify. Mr. Browne also informed me that his client would not stipulate to their being deposed in Canada.

The foregoing is true and correct under penalty of perjury,

DATED this 10th day of March, 2008.

Respectfully submitted,

JEFFREY C. SULLIVAN
United States Attorney

  /s Vincent T. Lombardi
VINCENT T. LOMBARDI
WSBA # 21967
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Ste. 5520
Seattle, Washington 98101
Facsimile: 206-553-4440
Phone: 206-553-5178
E-mail: vince.lombardi@usdoj.gov

DECLARATION OF
VINCENT T. LOMBARDI - 3
(Gianis, CR04-334JCC)

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).  I hereby certify that I have served the attorney(s) of record for the defendant(s) that are non CM/ECF participants via telefax.

 s/ Stephanie J. Orona
STEPHANIE J. ORONA
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-4228
Fax: 206-553-0755
E-mail: Stephanie.Orona@usdoj.gov

DECLARATION OF
VINCENT T. LOMBARDI - 4
(Gianis, CR04-334JCC)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970