# EXHIBIT A

cbcnews.ca

- Home
- World
- Canada
  - British Columbia
  - Calgary
  - Edmonton
  - Manitoba
  - Montreal
  - N.B.
  - N.L.
  - North
  - N.S.
  - Ottawa
  - P.E.I.
  - Saskatchewan
  - Thunder Bay
  - Toronto
- Health
- Arts & Entertainment
  - Music
  - Film
  - Television
  - Books
  - Media
  - Art & Design
  - Theatre
- Technology & Science
- Money
- Consumer Life
- Diversions
- Weather
- Your Voice



CBC British Columbia

# Langley house target of shootings 2 nights in a row

**Last Updated: Saturday, December 15, 2007 | 1:10 AM ET**
**CBC News**

Page 6

A Langley, B.C., house was the target of a shooting Friday night after its walls and windows were pierced with bullets a day before.

Fourteen shots were fired Thursday night at the rear of the home on 19914 71st Avenue, located in a quiet suburban neighbourhood, RCMP said Friday.

Bullet holes cleanly cut through the half-inch steel railings and at least one round hit a next-door neighbour's house.

A neighbour told CBC News shots were heard Friday night, apparently aimed at the same house. Langley RCMP said they're looking into the latest reported incident.



A bullet pierced the window of a Langley, B.C., home Thursday night.
(CBC)

RCMP said the occupant of the house, 24-year-old Kyle Alexander Gianis, is known to them but police have no reason to arrest him despite the repeated targeted shootings that have taken place.

"I don't know what we do. And I just pray that this will go away. It has to go away," said Chuck Magnus, who lives next door. "This is a family neighbourhood and we have to keep it that way.

"We've had enough. We want him out of the neighbourhood," said Lorene, who only gave her first name.



Police say the owner of this house in Langley is known to them.
(CBC)

"Everybody's scared. You're scared to go for walks at nights. The kids haven't been outside playing on the streets all summer long," she said.

Page 7