# Exhibit A

February 15, 2008

Honorable U.S. District Court

I am writing in regard to my son, Kyle Gianis. We support and love and miss him very much. We have always maintained a daily routine and relationship in person or by phone and we miss that part of our day.

Kyle is a very loyal and family kind of man. He loves his nephews and very much would like to have his own family one day. He has always demonstrated very responsible behavior around young children and will make a wonderful father someday.

Kyle has a job employed by his girlfriends' fathers company, T.M. Flooring. Grety Bilicki and Kyle co-own a house together and have done so for two years. This disruption in business and their relationship has and is putting a financial strain on their expenses, her family's as well as ours. Their monthly payments are due from March on.

Kyle and Grety work very hard and make a wonderful home together and take great pride in what they have accomplished.

Kyle has always demonstrated a loyal and protective position with his and our families and does not think twice about putting us and them first when help is needed.

Kyle has been told by me from a young age that he need not put up with any abuse from anybody (teachers, police, friends, and or stranger), with or without due cause. Maybe it is my fault but I still believe we must stand up and be counted when it comes to the treatment of ourselves and the treatment of others.

Kyle has and did take that to heart and in doing so has, many times, had to stand up for himself in the protection of himself and that of others, family and friend. In doing so has made many friends and also a number of enemies. He will and would not hesitate to put himself in harms way to protect others and has done so a number of times, sometimes to his own detriment.

Kyle is young and growing and life, as we all know, is a varied road and if there is one man I would want by my side, in crisis or in good times, it would be Kyle.

I am very proud of Kyle. We don't always agree on things but nevertheless, I love him very much and will be there no matter what, good, bad, or indifferent and I believe Kyle has been wronged in this case and justice will prevail.

I love my son very, very much and want him home, please, please.

Yours Truly,
Chris Gianis

Stephanie Gianis
960 Okanagan Avenue
Salmon Arm, British Columbia
V1E 1H3

February 15, 2008

Dear Honorable U.S. District Court:

My name is Stephanie Gianis. Kyle Gianis is the youngest of my four children.

I am outraged by the alleged charges against my son. I believe him to be the scapegoat for someone else's wrongdoing. It hurts and upsets me to see him going through this whole ordeal. I know it's taking its toll on him.

Kyle has a good paying job and a wonderful fiancé with who he has been for the past few years. Just over a year ago, with the help of his fiances father, Kyle was able to put down a deposit and get a mortgage on a house for which they both work hard to maintain.

I moved from the Lower Mainland to the Interior of British Columbia (5 hours away) three years ago. Since moving Kyle and I have grown ever closer. If I need help in any way or moral support he's right there for me. We talk on the phone three or four times a week, sometimes more. I travel to the Lower Mainland to visit with Kyle every couple of weeks for three days at a time. When I'm there I stay with Kyle at his home. I have never seen any signs to indicate an interest by Kyle in drugs or conspiracy. He spends a lot of his spare time weight training and taking care of his two dogs.

I have extended an offer for Kyle to stay me whatever time he wants. We have always had an open door policy.

I believe in my son and stand behind him 100%.

Sincerely,

Stephanie Gianis
(Kyle's Mom)

To The Honorable U.S. District Court,

My name is Jinki Gianis. I am Kyle Gianis' older sister. I am 36 years old and single with no children. I have been employed with Fraser Wharves Ltd. full time for ten years. I consider my relationship with Kyle to be close. We are usually in contact a few times a week even if just to say "hi." I am not sure exactly what to tell you except for that I love and support Kyle in his life. The steps he has taken to put him in this situation are unsure to me. It all sounds like, and has felt like a crazy bad dream, and as I am sure you would understand, difficult for my/our entire family. I can say that I support Kyle with all my love and am here to help in anyway I can. He has been there for me many times although nothing this draining, and he is a very passionate and caring person with a side of I am still a big man that doesn't cry attitude. I do hope the very best for my brother and wish this never had to happen. It has been scary at times for my family and I can't wait to see the end of this chapter in our lives. Thank you for your time.

Sincerely, Jinki Gianis

February 20, 2008

The Honorable District Court

My name is Gracjana Bilicki and I am Kyle Gianis's fiancé. I have know Kyle for three years. We have been living together for the past two years in a family oriented neighborhood. I would describe Kyle as a driven, hardworking, and compassionate person. He is very caring towards his family and enjoys spending time with the ones closest to him. Kyle and I have two dogs that occupy a lot of our time. Kyle has shown a lot of patience and discipline teaching both the dogs tricks and good behavior. We both work full time. Kyle works for T.B.M. hardwood flooring where he is under the title of project manager. He is responsible and always on time for work. I am very close to the Gianis family and it's very hard to see Kyle in detention facing the charges that he is. I am shocked that hearsay can put an individual behind bars just like that. I am sticking by Kyle's side to the end as I believe I know the person whom he is as he is not capable of doing anything that he is accused of.

                              Gracjana

Peter Workum
5728 North Harding Drive
Paradise Valley, Arizona
85253

Magistrate Judge Benton:

My name is Peter Workum, I am a Venture Capitalist presently residing with my wife in Paradise Valley, Arizona. I am writing to you on behalf of Mr. Kyle A. Gianis who is presently charged with conspiracy to distribute ephedrine.

As Mr. Gianis' uncle it is my belief that should he be fortunate enough to be released by you, he will abide by whatever requirements are imposed upon him in respect of his returning to the United States from Canada for further legal proceedings. I have never known Mr. Gianis to shy away from the dictates of the law, as evidenced at least in part by his willingness to travel out of Canada and expose himself to arrest by authorities in this instance.

As further evidence in support of my belief that Mr. Gianis will willingly abide by any prospective obligation to return to the United States for ongoing legal proceedings subsequent to his release, I will offer my ongoing present and future assistance to ensure that this in fact occurs as may be required by law.

Yours Very Truly,


Peter Workum