THE HONORABLE MONICA J. BENTON

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WESTERN WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KYLE GIANIS,<br><br>Defendant. | No. CR04-334-JCC<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR RECONSIDERATION OF DETENTION ORDER |

THIS MATTER HAVING COME on/or before the undersigned Judge, upon the application of the defendant in this matter for an order granting Defendant's Motion for Reconsideration of Detention Order, and the court having considered the records and files herein.

THE COURT HAVING FOUND that it is in the interests of justice to issue an order granting a detention review hearing on account of a material change in circumstances and Mr. Gianis's amenability to conditional pretrial release.

IT IS HEREBY ORDERED that the Court shall grant Defendant's Motion for Reconsideration of Detention Order.

//

//

ORDER GRANTING MOTION FOR
RECONSIDERATION OF DETENTION ORDER
- 1

LAW OFFFICES OF JOHN HENRY BROWNE PS
821 SECOND AVENUE, SUITE 2100
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX: (206) 388-0780

DONE IN OPEN COURT this _____ day of March, 2008.

_____
The Honorable Monica J. Benton

Presented by:

Kyle Gianis, represented by:

s/ John Henry Browne
JOHN HENRY BROWNE, WSBA #4677
Attorney for Defendant
821 Second Avenue, Suite 2100
Seattle, Washington 98104
206-388-0777 fax: 206-388-0780
e-mail: johnhenry@jhblawyer.com

ORDER GRANTING MOTION FOR
RECONSIDERATION OF DETENTION ORDER
- 2

LAW OFFFICES OF JOHN HENRY BROWNE PS
821 SECOND AVENUE, SUITE 2100
SEATTLE, WASHINGTON 98104
(206) 388-0777 • FAX: (206) 388-0780