1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

KYLE GIANIS,

Defendant.

CASE NO. CR04-0334-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Kyle Gianis's Motion for Reconsideration of Pretrial Detention Order (Dkt. No. 15). The Court hereby REFERS the motion to United States Magistrate Judge Mary Alice Theiler for consideration.

DATED this 17th day of March, 2008.

BRUCE RIFKIN, Clerk of Court

By   _/s/ T. Scott_____
        Deputy Clerk

MINUTE ORDER – 1