# EXHIBIT 1

**Lombardi, Vince (USAWAW)**

| | |
|---|---|
| **From:** | Nancy Tenney [Nancy_Tenney@fd.org] |
| **Sent:** | Monday, April 21, 2008 2:56 PM |
| **To:** | johnhenry@jhblawyer.com |
| **Subject:** | David Youngberg |

Mr. Browne --

 I was recently informed that my client, David Youngberg, was contacted by a lawyer in Canada about your client, Kyle Gianis.  Although I do not yet have the details of that contact, I understand Mr. Youngberg informed the caller that he was represented by an attorney.  Any attempts to contact Mr.
Youngberg by anyone working on Mr. Gianis' behalf should be through me.
Thank you.

Nancy Tenney
Attorney for Mr. Youngberg