The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>KYLE GIANIS,<br><br>        Defendants. | NO.   CR04-334JCC<br><br>(Proposed)<br>PROTECTIVE ORDER |

This matter, having come to the Court's attention by the government for entry of a protective order, and the Court, having considered the motion, and being fully advised in this matter, hereby enters the following PROTECTIVE ORDER:

IT IS HEREBY ORDERED that Defendant or his agents or attorneys are prohibited from directly or indirectly contacting any represented witness without their counsel's prior written approval.

IT IS FURTHER ORDERED that any material that the government files with the court in connection with pre-trial motions, trial, or other matter before this Court, shall be redacted for all personally identifying information as to both witnesses, other than their names.  Defense counsel shall be prohibited from providing copies and from showing Defendant material containing personally identifying information as to both witnesses to defendant.

PROPOSED PROTECTIVE ORDER — 1
(*Gianis*, CR04-334JCC)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  IT IS FURTHER ORDERED THAT the clerk of the court provide a copy of this
2  order to all counsel of record.
3  DATED this ____ day of _____, 2008.
4
5
   _____
6  THE HONORABLE JOHN C. COUGHENOUR
   United States District Judge
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROPOSED PROTECTIVE ORDER — 2

(*Gianis*, CR04-334JCC)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970