UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>  v.<br><br>KYLE GIANIS,<br><br>              Defendant. | CASE NO. CR04-0334-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Pursuant to Defendant's request and this Court's Order (Dkt. No. 30), the Court has reviewed the Presentence Reports of Mr. Tsoukalas and Mr. Youngberg, *in camera*. The Court has also reviewed the Government's proposed summary of the relevant information contained therein, and finds it accurate and complete. The Court approves of its release to the Defendant.

DATED this 8th day of May, 2008.

BRUCE RIFKIN, Clerk of Court

By     *T. Scott*
          Deputy Clerk

MINUTE ORDER – 1