Judge John C. Coughenour

04-CR-00334-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.   CR04-334JCC |
| Plaintiff, | |
| v. | COMPULSION ORDER |
| KYLE GIANIS, | |
| Defendant. | |

On motion of Jeffrey C. Sullivan, United States Attorney for the Western District of Washington, by Helen J. Brunner, Assistant United States Attorney for said District, filed in this matter, and it appearing to the satisfaction of the Court:

1. That Adam Tsoukalas has been called to testify or provide other information in the above-captioned case; and

2. That Adam Tsoukalas has refused to testify or provide other information on the basis of his privilege against self-incrimination; and

3. That in the judgment of the United States Attorney, the testimony or other information from Adam Tsoukalas may be necessary to the public interest; and

4. That this Motion has been made with the approval of the Acting/Deputy Assistant Attorney General in charge of the Criminal Division of the Department of Justice, pursuant to the authority vested in him by Title 18, United States Code, Section 6003, and 28 C.F.R. § 0.175.

1  NOW, THEREFORE, IT IS ORDERED, pursuant to Title 18, United States Code,
2  Section 6002, that Adam Tsoukalas give testimony or provide other information which he
3  has refused to give or to provide on the basis of his privilege against self-incrimination as
4  to all matters about which he may be questioned in the above-captioned case.
5  IT IS FURTHER ORDERED, ADJUDGED AND DECREED that in accordance
6  with the provisions of Title 18, United States Code, Section 6002, Adam Tsoukalas shall
7  be forever immune from the use of such testimony or any information directly or
8  indirectly derived from such testimony against him in any prosecution, penalty or
9  forfeiture, either State or Federal or otherwise; but the witness shall not be exempt from
10 prosecution for perjury, giving a false statement or contempt committed while giving
11 testimony or producing evidence under this Order.
12 DATED this 14th day of May, 2008.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

_____
HELEN J. BRUNNER
Assistant United States Attorney

COMPULSION ORDER/Tsoukalas— 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970