The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | NO. CR04-334RSM |
| v. | ) | |
| | ) | NOTICE OF MUTUAL LEGAL ASSISTANCE IN CRIMINAL MATTERS RE: KYLE GIANIS |
| KYLE GIANIS, | ) | |
| Defendant. | ) | |

Comes now the United States of America, by Jeffrey C. Sullivan, United States Attorney, and Vincent T. Lombardi, Assistant United States Attorney for the Western District of Washington, hereby submits this Notice of Mutual Legal Assistance in Criminal Matters Act Re: Kyle Gianis in the above-referenced matter. *See Attachment A*.

DATED this 27th day of May, 2008.

Respectfully submitted,

JEFFREY C. SULLIVAN
United States Attorney

s/ Vincent T. Lombardi
VINCENT T. LOMBARDI
WSBA # 21967
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Ste. 5520
Seattle, Washington 98101
Telephone: 206-553-5178
Facsimile: 206-553-4440
E-mail: vince.lombardi@usdoj.gov

NOTICE OF APPEARANCE/GIANIS-1
CR04-334RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s). I hereby certify that I have served the attorney(s) of record for the defendant(s) that are non CM/ECF participants via telefax.

 s/ Stephanie J. Orona
STEPHANIE J. ORONA
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-4228
Fax: 206-553-0755
E-mail: Stephanie.Orona@usdoj.gov

NOTICE OF APPEARANCE/GIANIS-2
CR04-334RSM

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970