|     |                                                  |
|-----|--------------------------------------------------|
| 1   | The Honorable Ricardo S. Martinez                |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | NO.   CR04-334RSM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | UNITED STATES' WITNESS LIST |
| | ) | |
| KYLE GIANIS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The United States of America reserves the right to call the following witnesses at trial during its case in chief:.

1. Customs and Border Protection (CBP) Officer Jose Navarro.

2. CBP Officer Jason Martin.

3. Senior CBP Officer Brad Logsdon.

4. CBP Officer Terry Heesacker.

5. CBP Officer Michael Bol.

6. Adam Tsoukalas.

7. David Youngberg.

8. Immigration and Customs Enforcement (ICE) Special Agent Brian Faria.

9. ICE Special Agent Shawn Smith.

10. ICE Special Agent Jennifer Hinckley.

U.S. WITNESS LIST - 1
(*Gianis*, CR04-334RSM)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  11. CPB Inspector Thomas Merlina.

2  12. CPB Inspector Edward Escobar.

3  13. Drug Enforcement Administration (DEA) Special Agent Errin Jewell.

4  14. DEA Senior Fingerprint Specialist Michael M. Hall.

5  15. DEA Forensic Chemist Keith T. Chan.

6  16. David Roberson, Esq.

7  17. ICE Special Agent Paul Manning.

8

9  DATED this 27th day of May, 2008.

10                              Respectfully submitted,

11                              JEFFREY C. SULLIVAN
                                United States Attorney
12
                                  /s Vincent T. Lombardi
13                              VINCENT T. LOMBARDI
                                WSBA # 21967
14                              Assistant United States Attorney
                                United States Attorney's Office
15                              700 Stewart Street, Ste. 5520
                                Seattle, Washington 98101
16                              Facsimile: 206-553-4440
                                Phone: 206-553-5178
17                              E-mail: vince.lombardi@usdoj.gov

18

19

20

21

22

23

24

25

26

27

28

U.S. WITNESS LIST - 2
(*Gianis*, CR04-334RSM)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s). I hereby certify that I have served the attorney(s) of record for the defendant(s) that are non CM/ECF participants via telefax.

 s/ Stephanie J. Orona
STEPHANIE J. ORONA
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-4228
Fax: 206-553-0755
E-mail: Stephanie.Orona@usdoj.gov

U.S. WITNESS LIST - 3
(*Gianis*, CR04-334RSM)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970