The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>KYLE GIANIS,<br><br>            Defendant. | NO.   CR04-334RSM<br><br>UNITED STATES' AMENDED EXHIBIT LIST |

The United States of America reserves the right to introduce the following exhibits at trial during its case in chief:.

1. Photograph of front of David Youngberg's white Pontiac Sunbird..
2. Photograph of side of David Youngberg's white Pontiac Sunbird.
3. Photograph of closed trunk of David Youngberg's white Pontiac Sunbird.
4. Photograph of open trunk of David Youngberg's white Pontiac Sunbird and contents.
5. Close up photograph of blue barrels in trunk of Sunbird.
6. Photograph of blue barrel, closed, outside trunk.
7. Photograph of open blue barrel and contents.
8. Close-up of red "Caution" label on blue barrel.
9. Photograph of pellet gun found in Sunbird.

U.S. AMENDED EXHIBIT LIST - 1
(*Gianis*, CR04-334RSM)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

| | | |
|---|---|---|
| 1 | 10. | Tsoukalas Customs Declaration Form. |
| 2 | 11. | Youngberg Customs Declaration Form. |
| 3 | 12. | Handwritten address book and recent calls from Adam Tsoukalas' cell phone. |
| 5 | 13. | Handwritten address book and recent calls from David Youngberg's cell phone. |
| 7 | 14. | Plea Agreement of Adam Tsoukalas. |
| 8 | 15. | Plea Agreement of David Youngberg. |
| 9 | 16. | Tsoukalas Record of Sworn Statement in Administrative Proceedings (for identification purposes only). |
| 11 | 17. | Youngberg Record of Sworn Statement in Administrative Proceedings (for identification purposes only). |
| 13 | 18. | Ephedrine (formerly identified as DEA Drug Exhibit 1). |

DATED this 27th day of May, 2008.

Respectfully submitted,

JEFFREY C. SULLIVAN
United States Attorney

  /s Vincent T. Lombardi
VINCENT T. LOMBARDI
WSBA # 21967
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Ste. 5520
Seattle, Washington 98101
Facsimile: 206-553-4440
Phone: 206-553-5178
E-mail: vince.lombardi@usdoj.gov

U.S. AMENDED EXHIBIT LIST - 2
(*Gianis*, CR04-334RSM)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

## CERTIFICATE OF SERVICE

I hereby certify that on May 27, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s). I hereby certify that I have served the attorney(s) of record for the defendant(s) that are non CM/ECF participants via telefax.

 s/ Stephanie J. Orona
STEPHANIE J. ORONA
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-4228
Fax: 206-553-0755
E-mail: Stephanie.Orona@usdoj.gov

U.S. AMENDED EXHIBIT LIST - 3
(*Gianis*, CR04-334RSM)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970