The Honorable Judge John C. Coughenour

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Cause No. No. CR04-334JCC |
| v. | |
| KYLE GIANIS, | **Defendant Gianis'** **Exhibit List** |
| Defendant. | |

Defendant Kyle Gianis, through his attorney, Peter A. Camiel, submits the following list of exhibits to be introduced at trial:

A-1   United States Customs Service report of investigation No. 1.

A-2   United States Customs Service report of investigation No. 2.

A-3   United States Customs Service report of investigation No. 3.

A-4   United States Customs Service report of investigation No. 4.

A-5   United States Customs Service report of investigation No. 5.

A-6   Transcript of March 12, 2004 interview with David P. Youngberg.

A-7   Transcript of March 12, 2004 interview with Adam J. Tsoukalas.

A-8   Plea agreement of David Youngberg.

A-9   Plea agreement of Adam Tsoukalas.

A-10   Proffer agreement David Youngberg.

**Defendant Gianis' Exhibit List** -1-

*Mair & Camiel, P.S.*
710 Cherry Street
Seattle, Washington 98104
(206) 624-1551 Fax: 623-5951

| | | |
|---|---|---|
| 1 | A-11 | Notes of Adam Tsoukalas proffers of 5/12/04 & 11/19/04. |
| 2 | A-12 | Grand Jury testimony of Brian Faria. |
| 3 | A-13 | Notes of David Youngberg proffer of 5/14/04 |
| 4 | A-14 | Fingerprint examination report of Michael M. Hall, Senior Fingerprint Specialist, |
| 5 | | United States Department of Justice, Drug Enforcement Administration. |
| 6 | A-15 | Handwritten phone log prepared by Customs Border Patrol Officer Mike Bol. |
| 7 | A-16 | David Youngberg 9/13/04 written statement. |
| 8 | A-17 | Report of Adam Tsoukalas proffer of 11/19/04.(ROI #9). |
| 9 | A-18 | United States Customs Service report of investigation No. 6. |
| 10 | A-19 | United States Customs Service report of investigation No. 7. |
| 11 | A-20 | United States Customs Service report on investigation No. 8. |
| 12 | A-21 | Interview notes of 5/12/04. |
| 13 | A-22 | Deposition of Adam Tsoukalas, May 14, 2008. |
| 14 | A-23 | Deposition of David Youngberg, May 15, 2008. |

DATED this 28th day of May, 2008.

    /s/   Peter A. Camiel

Peter A. Camiel, WSBA #12596

Attorney for Kyle Gianis

**Defendant Gianis' Exhibit List**           -2-

*Mair & Camiel, P.S.*
710 Cherry Street
Seattle, Washington 98104
(206) 624-1551  Fax: 623-5951

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2008 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s) and plaintiff.

    /s/   Peter A. Camiel, WSBA #12596

**Defendant Gianis' Exhibit List**  -3-

*Mair & Camiel, P.S.*
710 Cherry Street
Seattle, Washington 98104
(206) 624-1551  Fax: 623-5951