The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.   CR04-334RSM |
| Plaintiff, | |
| v. | UNITED STATES' SECOND AMENDED EXHIBIT LIST |
| KYLE GIANIS, | |
| Defendant. | |

The United States of America reserves the right to introduce the following exhibits at trial during its case in chief:

1. Photograph of front of David Youngberg's white Pontiac Sunbird..
2. Photograph of side of David Youngberg's white Pontiac Sunbird.
3. Photograph of closed trunk of David Youngberg's white Pontiac Sunbird.
4. Photograph of open trunk of David Youngberg's white Pontiac Sunbird and contents.
5. Close up photograph of blue barrels in trunk of Sunbird.
6. Photograph of blue barrel, closed, outside trunk.
7. Photograph of open blue barrel and contents.
8. Close-up of red "Caution" label on blue barrel.
9. Photograph of pellet gun found in Sunbird.

U.S. SECOND AMENDED EXHIBIT LIST - 1
(*Gianis*, CR04-334RSM)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

|   |   |   |
|---|---|---|
| 1 | 10. | Tsoukalas Customs Declaration Form. |
| 2 | 11. | Youngberg Customs Declaration Form. |
| 3 | 12. | Handwritten address book and recent calls from Adam Tsoukalas' cell phone. |
| 5 | 13. | Handwritten address book and recent calls from David Youngberg's cell phone. |
| 7 | 14. | Plea Agreement of Adam Tsoukalas. |
| 8 | 15. | Plea Agreement of David Youngberg. |
| 9 | 16. | Tsoukalas Record of Sworn Statement in Administrative Proceedings (for identification purposes only). |
| 11 | 17. | Youngberg Record of Sworn Statement in Administrative Proceedings (for identification purposes only). |
| 13 | 18. | Ephedrine (formerly identified as DEA Drug Exhibit 1). |
| 14 | 19. | Photograph of blue barrels and ephedrine at DEA lab. |

16  //
17  //
18  //

U.S. SECOND AMENDED EXHIBIT LIST - 2
(*Gianis*, CR04-334RSM)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

| | | |
|---|---|---|
| 1 | 20. | Video Recording of Deposition of Adam Tsoukalas, Part 1. |
| 2 | 21. | Video Recording of Deposition of Adam Tsoukalas, Part 2. |
| 3 | 22. | Video Recording of Deposition of David Youngberg, Part 1. |
| 4 | 23. | Video Recording of Deposition of David Youngberg, Part 2. |
| 5 | 24. | Adam Tsoukalas' Cell Phone. |
| 6 | 25. | David Youngberg's Cell Phone. |

7

8   DATED this 30th day of May, 2008.

9                                                       Respectfully submitted,

10                                                      JEFFREY C. SULLIVAN
                                                        United States Attorney
11
                                                          /s Vincent T. Lombardi
12                                                      VINCENT T. LOMBARDI
                                                        WSBA # 21967
13                                                      Assistant United States Attorney
                                                        United States Attorney's Office
14                                                      700 Stewart Street, Ste. 5520
                                                        Seattle, Washington 98101
15                                                      Facsimile: 206-553-4440
                                                        Phone: 206-553-5178
16                                                      E-mail: vince.lombardi@usdoj.gov

17

18

19

20

21

22

23

24

25

26

27

28

U.S. SECOND AMENDED EXHIBIT LIST - 3
(*Gianis*, CR04-334RSM)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1

## CERTIFICATE OF SERVICE

2

3   I hereby certify that on May 30, 2008, I electronically filed the foregoing with the

4   Clerk of the Court using the CM/ECF system which will send notification of such filing

5   to the attorney(s) of record for the defendant(s).  I hereby certify that I have served the

6   attorney(s) of record for the defendant(s) that are non CM/ECF participants via telefax.

7

8
 s/ Stephanie J. Orona
STEPHANIE J. ORONA
9
Legal Assistant
United States Attorney's Office
10
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
11
Phone: 206-553-4228
Fax: 206-553-0755
12
E-mail: Stephanie.Orona@usdoj.gov

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

U.S. SECOND AMENDED EXHIBIT LIST - 4
(*Gianis*, CR04-334RSM)

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970