**USA v. KYLE GIANIS**
**CR04-334RSM**

| **EXHIBIT NO.** | **DATE** | **OBJECTION/ADMITTED?** |
|---|---|---|
| 1, 2, 3, 4, 5, 6, 7 | 6/2/08 | Offered; no obj- ADMITTED |
| 9, 10, 11 | 6/2/08 | Offered; no obj- ADMITTED |
| 12, 13 | 6/3/08 | Offered; no obj- ADMITTED |
| 18, 19 | 6/3/08 | ADMITTED by stipulation (#26 & #27) |
| 24, 25, 26, 27 | 6/3/08 | Offered; no obj- ADMITTED |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Gianis-trial exhibits.wpd



04-CR-00334-EXH