UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

KYLE GIANIS,

    Defendant.

CASE NO. CR04-0334-RSM

VERDICT FORM

WE, THE JURY, unanimously find, as to the following Count charged in the indictment against the defendant:

COUNT 1 - CONSPIRACY TO POSSESS EPHEDRINE WITH INTENT TO DISTRIBUTE

As to Count 1, we find the defendant, KYLE GIANIS:

    _X_ Guilty    ____ Not Guilty

DATED this _5^TH_ day of June, 2008.

    Presiding Juror

VERDICT FORM
PAGE - 1

04-CR-00334-PLAGR