September 2008

Dear Judge Martinez:

Your Honor, I will be coming before you for sentencing on September 5th and wanted to let you know a little bit about my life.

I grew up in Surrey, B.C. I've lived there my whole life. I grew up in an average family but life was hard for me and I went through a lot of things growing up. When I was about 5 years old, my mom and dad split up. My dad never told us where my mom went; he just told us that she was always doing things or working. I missed my mother and had no contact with her and no idea where she was. My dad was always on the road working to support us. My dad drove long haul trucks and would be gone for days at a time. My older sister would watch us. We didn't see much of our mom I think for a couple of years. When she did come around, she and my dad would always fight.

I went to Riverdale elementary school. I went there from kindergarten until grade 7. I always did pretty well in school except for social studies because I never had the patience for all the reading and I always found it hard to stay focused on one thing.

By the time I got to high school, I had emotional issues concerning my parents. I had these same issues in elementary school as well, but as I got a little older it was even more of a touchy subject. I found that I would get mad quite easy. My sister noticed this change in my behavior and because of her, I saw a doctor and was put on antidepressants to help me out.

When I was in the 9th grade one day after school as I was heading home from basketball practice, as I started to cross the street at a stoplight, a car came flying through the light and hit me. I suffered a fractured collarbone, I had to have surgery on my knee and as a result of hitting my head, I had to have a procedure to drain the blood underneath my scalp. The accident resulted in a legal settlement that I didn't receive until I turned 18.

I first started working when I was in 10th grade at a store my mom worked at called Sweetpea's Produce. There, I would just do inventory and stock shelves. It was a little grocery store that I worked at for between 6 and 8 months. The next job I had was working at an Arco gas station in downtown Vancouver. I started the job in the summer and when school went back in session, kept going to work. I changed from regular school to what is called a "work and learn school" so I could keep my job and still take classes. I stayed at the job at the Arco station for several months but had to leave that job because it was difficult getting to and from work. If I didn't have a car, I had to take the sky train. For several months, I also worked for a construction company laying rebar.

When I left the gas station job, I took a little time off from working and tried to concentrate on school. Then when the next summer came, my dad offered me a job with him at Canada Bread.

Judge Martinez
Page Two

I started working this job at the end of the summer and worked there until about March of 2002. While I was working at Canada Bread, I had my 18th birthday and I got the settlement money from my accident.

When I got the money, I used some of the money to start buying wrecked cars and rebuilding them. It started off first as just a hobby, but then I decided to do it full time and put all the time I had into it. Over the course of the next several years, I ended up buying, rebuilding, and reselling between 25 and 30 cars.

I also started working on motorcycles. When I was 21, I built my first motorcycle. I ended up building and reselling three motorcycles at a shop in Burnabee. I would buy motorcycles in crates and customize and rebuild them and resell them. While I was doing this, I became good friends with lots of guys at all the shops where I would get all of my parts for the cars I was working on and could get most of the parts at cost. I enjoyed working on the cars and motorcycles and it is something I would like to go back to once I'm released and get back to Canada.

In 2001, when I was about 20, my brother Nick was shot three times in the back while he was at a McDonalds. Nick was shot because he was a witness to a prior shooting and the guys who did it thought he was informing on them. Nick was in a coma for over 4 months. I went to the hospital almost every day to sit with my brother. I would talk to him hoping that he would wake up. This was the most difficult ordeal of my life. After Nick finally came home, I became very protective of him.

When I was 22 years old, I met a girl, and started dating her. Her dad gave me a job working for him at T.B.M. Flooring. At this job, I would go out and give estimates for floor installations and also assist in the installation of the flooring. This was a good steady job that I was doing up until the time I was arrested in this case.

One of the other things I became involved in starting at about age 17 was mixed martial arts. I began learning mixed martial arts and training regularly. By the time of my arrest, I had been involved in two ring bouts. I was training four days a week hoping to be able to fight professionally. One of the things you probably noticed in the presentence report and in looking at me is that I have lots of tatoos. I got the tatoos while I was training to become a mixed martial arts fighter as I thought it would enhance my look as a professional fighter. The tatoos have nothing to do with being involved in any kind of gang.

When I was 22 years old as I indicated, I was involved dating my girlfriend, Gracjana. We purchased a home together in 2006. Most of the money I used for the down payment on the home came from the settlement from my accident. Gracjana became pregnant and we wanted to

Judge Martinez
Page Three

have the child, but when she was six months pregnant, she had problems and had to undergo forced labor. The baby, a boy, died at birth. This was extremely emotional for both me and Gracjana. As a result of the death of the baby, our relationship became strained and we ended up breaking up.

Your Honor, in my life I do admit that I have made a number of mistakes. I have made a number of bad choices in terms of people I have associated with and decisions that I have made. I know that I am facing a very long prison term. It is my hope to be able to get back to Canada to my family as soon as possible. Thank you for taking the time to read my letter.

Sincerely,

Kyle Gianis

*(signature)*

Stephenie Gianis,
960 Okanagan Avenue,
Salmom Arm, B.C.
Canada. V1E 1H3

July 24th, 2008

Dear Judge Martinez,

As the mother of Kyle Gianis it is with great sadness that of necessity, I write to you on behalf of my son.

As a youngster, Kyle was quite, caring of others and wanting to fit in. We lived in a poor area in Surrey, British Columbia and Kyle did not have many friends. He has an older brother whom he looked to, and looked to him for approval. Kyle's father was a long distance truck driver who was hardly ever home. When he was home he was bad tempered, drank and smoked marijuana, was verbally and physically abusive to myself and to the kids.

I left the family home and to my everlasting regret abandoned Kyle and my other two children. Kyle being the youngest was 7 years old. Without much formal education, little work experience my ability to provide a decent home was limited by the minimum wage jobs I was able to get. I finally realized that by remaining in their family home at least they could be assured a roof over their heads, food and clothing. Very shortly after I left my place as a mother was filled by a neighbor/stepmother who did not like the boys. Kyle's father told Kyle that I did not love or care about him. This left him feeling abandoned and insecure. It was sometime before I was allowed to visit or even talk to the children and regain my children's trust and affection.

Kyle has always been caring of me and of his siblings.

When Kyle was younger he was a victim of a hit and run accident of which he was to receive a large amount of money. This was held in trust for him until he reached 18 years of age. He was very resourceful and with that money he bought, restored and sold vehicles.

I am sure that every mother writing or speaking to you on behalf of her son will say that he is a good son. Kyle is and will always be a good and worthy human being.
I trust that the above information and facts presented to you of Kyle's life will be of assistance.

Respectfully,

*[signature]*

Stephenie Gianis

Stephenie Gianis
906 Okanagan Ave.
Salmon Arm. B.C.
Canada    V1E 1H3

August 28th, 2008

Honorable Judge Martinez

Dear Sir,

    As the mother of Kyle Gianis, I write this letter of request that I hope you will take into consideration, at the sentencing of my son on September 5th, 2008

    I am 60 years old, live and work in Salmon Arm and Vernon, British Columbia, which is approximately on 8 hour drive to the U.S. Boarder crossing and waiting time of approx 1-3 hours and then a further 3 hour drive to Seattle, which enables me to visit my son Kyle in the allotted time. In addition to my visits, his sister and girl friend visit Kyle, thus periodically sharing the drive from Langley to Seattle. We all work different hours and have to try and co-ordinate the time of our visits. My driving is not the best and I cannot drive at night My job is on an "on call basis", at minimum wage, between 20-28 hours per week. Consecutive days off to visit Kyle, are not easy to obtain.

    Kyle's father cannot cross the boarder and has not been to see his son.

    As Kyle's mother, I would like to visit him as often possible, and if he were to be transferred to another facility out of Washington, our visits would be unaffordable.

    My request therefore, is to ask for your leniency and allow my son to remain in Seattle, in order that we can continue our visits to him, which are essential for his moral and well being. I feel the need to see my son as often as possible.

    Please consider these facts when you are deciding where Kyle will serve his sentence. Thank you

Sincerely,

Stephenie Gainis

GIANIS, Christopher
15351 82 A Avenue,
Surrey, BC Canada


Judge Martinez.

I am writing in response to the court's request to describe Kyle's history and behavior.

His mother left us when he was 3-4 years old and I was left to raise he and his brother with the most valued help from his older sister. She and I devoted ourselves to their welfare. Kyle was an average to good student in most subjects and excelled in shop, both woodworking and mechanics. Academic work was good until cars and girls became more important and in Grade 10-11 things started to go downhill.

I tried different kinds of discipline, but he just grew too fast and started working to get what he wanted. In Grade 9 sports was a very important part of his day, but after he was hit by a car in a crosswalk coming home from school, and laid up due to injuries he could not continue.

Later part of Grade 11, he quit school and went to work full-time doing a number of jobs over the next couple of years. As I remember he worked at 2 or 3 gas stations, construction, tying steel, and warehouse checker for a bread company. All during this time he worked on cars and motorcycles, mostly Hondas and Harleys. He would buy them, rebuild and customize them for resale, making a good profit. Between 16 and 19 years of age, he did about 10 or 12 cars and 3 high end Hondas. He had saved about 17,000.00 when he sold the last Honda and at the same time he received his insurance settlement from ICBC. He had a good nest egg to move away from home, so he did

After that, he concentrated on motorcycles, and was making good money customizing stock bikes for resale.

He got engaged to Gracyana Bilinki and started to work for her father's company as a flooring estimator. They were doing fairly well, bought a house and lived together for 2 years. They suffered a miscarriage early on – Kyle was really looking forward to being a father and this huge disappointment befell them both and their relationship started to go downhill. Unfortunately during the demise of the relationship they had a number of public arguments which involved their neighbors and our local R.C.M.P.

Kyle's older brother was shop by some unknown person for some unknown reason and after 4 months in hospital came home. Kyle was very protective for

his brother's welfare, which resulted in Kyle's weapon charge. He served his sentence.

All this was going on during the demise of his relationship and the time in jail plus the court ordered separation from his fiancé caused and created more frustration for Kyle.

Kyle kept his nose clean and did nothing to get into trouble with the law, and I am very surprised with what is happening now to Kyle, because he wanted nothing to do with Gangs or crime.

Kyle loves children, would have and will be a very good father some day and I hope he gets that chance.

I would very much appreciate Kyle home, and if he is not home a free man please, please can he be sent home to serve his sentence so we can see him and support him during this very difficult time.

Kyle is a good man and false publicity and time in jail this last year he has lost everything he has built up and we have exhausted our funds in trying to help bring him home.

If I thought Kyle was a gangster I would not have wasted our money which we saved from hourly wages for our retirement to try to help him.

Please, Please send him home, we love and support him. I know he is a good man. Let us support him at home.

Respectfully yours,

Chris Gianis



**kyle gianis**                                                                                                  Thursday, August 14, 2008 4:13 PM

From: "Jinki Gianis" <jinki08@hotmail.com>
To: petercamiel@yahoo.com

To honourable US. district court judge

        I am writing to you about my youngest brother Kyle Alexander Gianis. I first would like to introduce myself in brief. My name is Jinki Selena Gianis, I am 36 years old and am single never married with no children. I currently work at Fraser Wharves Ltd. At 13800 - Steveston Hwy. Richmond B.C. and have been a full time employee for 11 1/2 years. I live with in Cloverdale a suburb of Surrey with a friend from work and have lived here for the past two years. Before that I lived for a short period with Kyle and his now ex-girlfriend, Gracijana Bilicki. I spend lots of my time with both family and friends and consider my relationship with my siblings to be close closest with my two younger brothers. Nicholas who is now 27 yrs old and Kyle who is now 24 yrs old. There is quite a gap in our ages so there was a period where we did not socialize much but I was always raised to mind my brothers. Our parents had a rather unfaithful relationship from my memories and lots of fights but they still tried to ensure our needs were met. Kyle was a pretty average child I would say, I was twelve when he was born so I remember much of his life. both my brothers especially Kyle where mommy's boys they used to throw horrible tantrums when she would leave them home with me it was a crazy teenage hood for me. The boys had your average childhood and survived our parents very ugly separation. Our mother abandon the family when I was 19 yrs old . It was very emotional time and it got very tense at home for awhile we later that year lived with our dad and now step mom. Kyle grew up your typical kid I think he played baseball did good in school he liked getting paid for earning an A. In high school he was on the basketball team and wrestling team so you know he had lots of friends. I think he and his friends got teased by his older brother cause he was in the more "cool" type crowd and the school team kids (Kyle) and friends were a little on the "uncooler" side. But not too badly. When Kyle was in grade I think 9 he was on his way home from wrestling practise and was hit by a car in a crosswalk, drunk driver I believe.

Although not hospitalized Kyle had some bad injuries which kept him from continuing with his sports and extra curricular activities at school. I do think he would hang out at the practises with his team mates at least for the rest of that first year. I cant say I remember to much of the next little while beside regular growing up for us. I mean the parenting we had was odd sometimes my dad although I love him dearly, has an amazing temper and it is instant. We grew up with lots of yelling and name calling when punishment was necessary but had lots of good times none the less. I was older and not around for a few years the early 20's but I know it was much of the same family trips and they spent time with our mom as well when they wanted to. I mom usually gave in to our wants probably to try and make up for the guilt of leaving but that was only an assumption. Kyle was super tight with our mom he spent the most time with her up to this day out of all of us. Her choice in male role models was brutal, more of the same as when our parents were together. When Kyle turned of age 18 or 19 I am not 100% sure 18 I think, he got a settlement for the accident in the crosswalk. He used that money and would fix up popular cars I think mostly Hondas and sell them. He was good at it and did most of the work him self. When he needed mechanical help or a place to work he work with my friends husband Darcy who is a heavy duty mechanic for Penske truck leasing. Kyle had a full time girlfriend since I can remember his first at about 15/16 and they were together for I would say 5 yrs always together. They fought once in awhile as Kyle got older he was some what jealous. they together would often baby-sit for my a few of my friends, They both loved kids and Kyle would get right down playing with them he loves kids and animals. As a young man Kyle had a few jobs typical, paper boy, Gas Jockey, Bus boy. He always had lots of friends. Things went kind of hay wire in our family when the boys were around 19 and 23. Nick was shot three time at a Mc donalds restaurant and Kyle was talking to him while he was waiting for the ambulance to arrive I was very traumatic and I think made my brother both very paranoid. I often wonder if they should have been given some intense counselling. I hope this letter is helpful and if you have any questions or wish me to be more detailed about anything please ask. My email is auntiejinki08@yahoo.com.

                                                                     Thank you for your time sincerely Jinki Gianis

August 15, 2008

To Honorable U.S. District Court,

RE: Kyle Alexander Gianis

I am writing to you today to give you somewhat of an understanding of the Kyle Gianis that I have known for approximately 22 years. I met Kyle when he was around 2 years old through my friend Jinki (Kyle's sister). We have remained good close family friends since that time. I believe he was around two years old the first time we met, although he may not remember back quite that far. He had from what I could tell a normal happy young childhood until a bit later on in his pre teen years. His father was gone for extended periods of time due to his employment in the trucking industry. His mother would sometimes be gone for extended periods of time without any reason for her absence leaving Kyle and his brother somewhat insecure in my opinion. It wasn't long before he was witnessing bitterness and resentment between his parents and their marriage dissolving. Once his parent's marriage had come to an end, I believe so did the security of "Family" as he knew it. He would stay in between his mother's and his father's place of residence. I don't think there were any formal arrangements made as to where the children were to reside. A short time after, Kyle would now be attending high school and through all of this he had remained in school and was a dedicated active participant on his high school wrestling and basketball team. At the age of approximately 14, Kyle was on his way home from school and was struck by a car while crossing the road. He then found it difficult to remain in

basketball and wrestling. This, along with the breakup of his parents, seemed to spark a change in Kyle. I believe his focus became unclear at that point in his life.

Over the years since, I have started a family of my own and Kyle and his family have remained a constant part of that. He has a way with children that make them gravitate to him. My children have grown up knowing Kyle and in fact enjoyed their time with him as well, whether it is a family day out on the boat, a camping trip, a family dinner or him taking them out somewhere.

In my opinion, although having gone through some unfortunate events in his life, Kyle Gianis is deep down a very big hearted, kind, welcome individual.

Thank you for your time.

Sincerely,

Lisa Lebedynski

Dear Judge Martinez

My name is Chelsea Clark and I am Kyle's girlfriend. I work full time at a family owned company called M.G. Chemicals doing customer service and sales.

Kyle and I have known each other for over two years and have been dating for the past year and a half. As I got to know Kyle he showed me how caring and down to earth person he is. If you ever needed anyone to talk to or cheer you up he would always be there for anyone no matter what. He has such a big heart and is always trying to make everyone smile.

Kyle and I pretty much always ran on the same work schedule, which was Monday to Friday, morning to evening. Kyle was always very dedicated to his work at TBM hardwood flooring and always made sure that we would always both be on time.

Kyle and I spent most of our time after work always together; we were very rarely apart. Kyle is somewhat insecure with himself, and if we were ever to have an argument it would most of the time be regarding that. I think the insecurity comes from what happened with his parents when he was a child. He very rarely brought up stories of his childhood; I just more so heard stories from his sister and mother.

On December 28th a life changing thing occurred when Kyle got escorted off the plane in Mexico. We where sitting in customs there for hours with not a clue what was going on and no one was able to speak English to us. We then got put on a plane to New York still not knowing anything till he was arrested exiting the plane at JFK airport. Since then I have been visiting Kyle twice a week in the detention center he is located at. On June 5th I was in the courtroom with Kyle's mother and sister when we heard the verdict. I was in complete shock as was so many others when they heard the news. I know Kyle was obviously in shock more then anyone though. I just didn't understand how he could be found guilty of this. I did not know Kyle back in 2004, and I did not know some of the people he associated himself with, but I guess he just chose some wrong friends back in his teens.

This is obviously an extremely hard time for the both of us to deal with, but I intend to stick by Kyle's side and continue to be there for him.

Chelsea Clark

This letter is to the Honorable District Court

My name is Gracjana Bilicki and I am Kyle Gianis's fiancé. I have known Kyle for three years. We have been living together for the past two years in a family oriented neighbourhood. I would describe Kyle as a driven, hard working and compassionate person. He is very caring towards his family and enjoys spending time with the ones closests to him. Kyle and I have two dogs that occupy a lot of our time. Kyle has shown a lot of patience and discipline teaching both the dogs tricks and good behaviour. We both work full time. Kyle works for T.B.M. hardwood flooring where he is under the title of project manager. He is responsible and always on time for work. I am very close to the Gianis family and it's very hard to see Kyle in detention facing the charges that he is. I am shocked that hearsay can put an individual behind bars just like that. I am sticking by Kyles side to the end as I believe I know the person whom he is; as he is not capable of doing anything that he is accused of.

Gracjana

NOTE BOOK